NO. 07-06-0212-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

NOVEMBER 22, 2006

_____

ALFRED DELBERT MCCLOY, APPELLANT

V.

MILTON MESSNER, APPELLEE

_____

FROM THE 84TH DISTRICT COURT OF HANSFORD COUNTY;

NO. 4641; HONORABLE WILLIAM D. SMITH, JUDGE

_____

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

**MEMORANDUM OPINION**

Appellant Alfred Delbert McCloy perfected this appeal from the trial court's final summary judgment in favor of appellee Milton Messner. The clerk's record was filed on June 22, 2006. McCloy's attorney was permitted to withdraw from this appeal on August 1, 2006. After an extension of time in which to file a brief was granted, McCloy's brief was

due to be filed on or before October 26, 2006. McCloy did not file his brief, and the deadline was further extended to November 13, 2006, by this Court's notice of November 3, 2006, notifying him of the defect and directing him to file either his brief or a response reasonably explaining the failure to file a brief with a showing that Messner has not been significantly injured by the delay. The Court also noted that failure to do so might result in dismissal of the appeal. To date, McCloy has not responded and the brief remains outstanding.

Consequently, we dismiss this appeal for want of prosecution and failure to comply with a directive of this Court. *See* Tex. R. App. P. 38.8(a)(1) and 42.3(b) and (c).

Patrick A. Pirtle
Justice